# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 16-Cr-10320-GAO |
| | ) | |
| **BRUCE REISMAN,** | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR EARLY TERMINATION OF PROBATION

The United States of America, by and through the undersigned Assistant United States Attorney, has consulted with the Probation Office and been advised that the Probation Office assents to the granting of defendant's request for early termination of probation (ECF Dkt. 850). In light of the Probation Office's position, the Government has no objection to the Court granting the defendant's motion.

    Respectfully submitted,

    RACHAEL S. ROLLINS
    United States Attorney

By:   /s/ James E. Arnold
    JAMES E. ARNOLD
    Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

    /s/ James E. Arnold
    JAMES E. ARNOLD
    Assistant U.S. Attorney

Date:  March 4, 2022.